UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES BECKETT, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) 1:14-cv-01937-JMS-DKL ) ) |
| HAMILTON COUNTY SHERIFF'S DEPT., ET AL., | ) ) ) ) |
| *Defendants.* | ) |

### ORDER ON MOTION FOR LEAVE TO AMEND FIRST AMENDED COMPLAINT BY INTERLINEATIONS

This cause is now before the court on the Motion for Leave to Amend First Amended Complaint by Interlineations submitted by the Plaintiff, James Beckett, and the Court being duly advised in the premises, now **FINDS** that Plaintiff's Motion is being made for good cause and is therefore **GRANTED**.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Amended Complaint is amended by interlineations to conform with the designations provided in Hamilton County Sheriff's Department's Answer to Plaintiff's First Amended Complaint of "Hamilton County Sheriff's Department", City of Carmel, Indiana's Notice of Initial Disclosures of "Adam Devenport" and "Scott Long", and all other relief the Court deems just and appropriate.

SO ORDERED this    06/15/2015

_____
Denise K. LaRue
United States Magistrate Judge
Southern District of Indiana

1

Distribution:

Darren J. Murphy
HOWARD & ASSOCIATES
dmurphy@ori.net

Aimee Rivera Cole
TRAVELERS STAFF COUNSEL OFFICE
arcole@travelers.com

Donald B. Kite, Sr.
WUERTZ LAW OFFICE LLC
don@wuertzlaw.com

Richard A. Cook
YOSHA COOK SHARTZER & TISCH
rcook@yoshalaw.com