IN THE UNITED STATES DISTRICT COURT
Southern District of Indiana
Indianapolis Division

| | |
|---|---|
| JAMES BECKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Cause No. 1:14-CV-1937-JMS-DKL |
| HAMILTON COUNTY SHERIFF'S DEPT; | ) |
| CITY OF CARMEL, INDIANA; | ) |
| PATRICK CLENNON; SHANE COLLINS; | ) |
| ADAM DEVENPORT; BEN FISHER; | ) |
| THOMAS LOGAN; SCOTT LONG; GREG | ) |
| LOVEALL; AND DOUGLAS MILLIGAN, | ) |
| Each in their Individual and Official | ) |
| Capacity | ) |
| | ) |
| Defendants. | ) |

## Affidavit of Adam Devenport

I, Adam Devenport, swear and affirm under the pains and penalties of perjury as follows:

1. My name is Adam Devenport.

2. I am an adult resident of the State of Indiana.

3. I have personal knowledge of the facts set forth in this Affidavit.

4. On December 2, 2012 at 10:58 p.m. I responded to 10943 Cornell Street on a possible burglary in progress.

5. The uniform I was wearing was navy blue.

6. Upon my arrival I met with Officer Loveall and attempted to locate the residence.

7. While attempting to locate the residence, Officer Loveall and I were told by another officer over the radio system that we had gone too far south and that the residence was located just east of Officer Loveall's unmarked squad car.

8. Once the residence was located, I stood behind a tree for cover until more units arrived on scene.

9. While I was behind the tree, I was told over the radio by another officer to try to get eyes on the rear of the residence.

10. I proceeded to travel south along the duplex and locating a shed on the north east corner.

11. I stayed behind cover and watched the residence for movement.

12. I was behind cover for approximately 5 to 10 minutes and could not see movement inside the house.

13. At that time, I heard officers yelling commands from the front of the residence.

14. I then made my way to the north east corner of the residence and provided rear security.

15. Officer C. Barlow arrived and provided rear security on the south east corner of the residence.

16. Sgt. Myers advised that we were at the wrong address and that the correct address was in fact one duplex south of our location.

17. I made my way over to the north east corner of the correct address and provided rear security until I was advised that I could go back in service.

18. I did not give any verbal commands to any of the subjects at 10945 Cornell Street.

19. I did not make any physical contact with any of the subjects at 10945 Cornell Street.

Further Affiant Sayeth Not.

_____     _____7/24/2015_____
Adam Devenport                          Date

Exhibit D